IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION

UNITED STATES OF AMERICA

v.  CASE NO. 1:07-cr-00009-MP-AK

ESTEBAN ANTONIO BUENO,

    Defendant.
_____/

## O R D E R

This matter is before the Court on Doc. 24, Motion Continue Sentencing, filed by Defendant Esteban Antonio Bueno. In his motion, Defendant states that he is currently cooperating with the Government, and requests a thirty-day continuance of his sentencing hearing in order to complete his assistance. The Government does not object to the requested continuance. Therefore, after considering the matter, the Court grants Defendant's motion, and sentencing is hereby continued to Friday, August 31, 2007, at 10:00 a.m.

    **DONE AND ORDERED** this <u> 26th</u> day of July, 2007

<u>    *s/Maurice M. Paul*    </u>
Maurice M. Paul, Senior District Judge