IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION

UNITED STATES OF AMERICA

v.  CASE NO. 1:07-cr-00009-MP-AK

ESTEBAN ANTONIO BUENO,

    Defendant.
_____/

**O R D E R**

      This matter is before the Court on Doc. 33, Motion to Amend Sentence, filed by Defendant Esteban Bueno. A hearing on this matter was held on Wednesday, September 12, 2007. In his motion, Defendant Bueno states that at his sentencing hearing, he moved to have his federal sentence run concurrent to his state sentence. Although the Government did not object to this request, it advised the Court that the state sentence had not yet been imposed. Because of this, the Court declined to impose Defendant's federal sentence concurrent or consecutive to the state sentence. Defendant now states that the state court has sentenced him, and that he will receive no credit towards his federal sentence unless it is amended to run concurrent to his state sentence. The Government does not object to Defendant's motion. Accordingly, the sentence in this case is hereby modified to reflect that Defendant Bueno's federal sentence in this case is to run concurrent to the remainder of the undischarged term of imprisonment in the State of Florida case No. 2006-CF-5043-A. The sentence remains in full force and effect in all other respects.

      **DONE AND ORDERED** this <u>*12th*</u> day of September, 2007

                             *s/Maurice M. Paul*
                           Maurice M. Paul, Senior District Judge